## PEN–O–TEX OIL & LEASEHOLD CO. v. PITTSBURGH WESTERN OIL CO.

### No. 5055.

Circuit Court of Appeals, Third Circuit. Aug. 23, 1933.

needless repetition by adopting his opinion as the opinion of this court.

The judgment of the court below is therefore affirmed.

## POPSICLE CORPORATION OF THE UNITED STATES et al. v. GOOD HUMOR CORPORATION OF AMERICA.

## GOOD HUMOR CORPORATION OF AMERICA v. POPSICLE CORPORATION OF THE UNITED STATES et al.

### Nos. 4960, 4973.

Circuit Court of Appeals, Third Circuit.

Aug. 7, 1933.

Wm. T. Tredway, of Pittsburgh, Pa., for appellant.

Wm. B. Paul and Norman A. Allen, both of Pittsburgh, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

BUFFINGTON, Circuit Judge.

In this case, a suit to recover alleged damages caused by the defendant not drilling a well on premises leased for gas and oil, the court, refusing a new trial, entered judgment for reasons stated in its opinion printed above for the defendant. Whereupon the plaintiff took this appeal.

The facts in the case, the pertinent writings, and the questions involved are set forth in detail in such opinion. After a study of the record, we find ourselves in accord with the holdings of the trial judge, and we avoid